# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA | CASE NO. 2:21-cv-01153-DSF-KS |
|---|---|
| Plaintiff(s), | |
| v. | **Order to Show Cause re Dismissal for Lack of Prosecution** |
| BILLA BROS LLC | |
| Defendant(s). | |

Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before 7/16/2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

IT IS SO ORDERED.

Date: June 16, 2021

　　/s/ *Dale S. Fischer*
Dale S. Fischer
United States District Judge