# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA<br><br>      Plaintiff(s),<br><br>v.<br><br>BILLA BROS LLC<br><br>      Defendant(s). | CASE NO.<br>2:21−cv−01153−DSF−KS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before December 6, 2021. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: November 4, 2021            */s/ Dale S. Fischer*
                                                 Dale S. Fischer
                                                 United States District Judge